NVB 4002 (Rev. 7/16)

RECEiVED
AND FILED

2018 JUL 13  PM 2 03

U.S. BANKRUPTCY COURT
MARY A. SCHOTT CLERK

**1**  NVB 4002 Rev (7/16)

**2**  Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

**3**

**4**  # UNITED STATES BANKRUPTCY COURT

**5**  ## DISTRICT OF NEVADA

**6**  * * * * * *

**7**  In re:                                    BK- 18-13940 8

**8**  Eleanor  D.  Holder               Chapter: 7

**9**                                          Trustee:
                    Debtor.

**10**                                          **CHANGE OF ADDRESS OF:**
                                          (X) **DEBTOR**
**11**                                          ( ) **CREDITOR**
                                          ( ) **OTHER**
**12**

**13**  I request that notice be sent to the following address: (please print)

**14**  Eleanor  D  Holder
       Name
**15**  5050 Terraruss St # 249
       Address
**16**

**17**  Las Vegas, NV   89119
       City          State          Zip Code
**18**

**19**  Please check the applicable boxes:

**20**  (X) The change of address is applicable only in the above captioned case.

**21**  ☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____.

**22**

**23**  ☐   Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address.  Please provide your DeBN account

**24**

**25**  number below (DeBN account numbers can be located in the subject line of all emailed court

**26**  orders and notices.)

Debtor's DeBN account number 18-13940-abl

Joint Debtor's DeBN account number _____

DATE: 7/12/18 _____

SIGNATURE

**NOTE:** Please submit an original and one copy for the record.

2